# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN R. MCGLAMERY,
          Appellant,
vs.
PUBLIC EMPLOYEES' RETIREMENT
SYSTEM OF NEVADA, A PUBLIC
AGENCY; AND TERESA MCGLAMERY,
N/K/A TERESA BLUME,
          Respondents.

No. 80609

FILED

MAR 2 6 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se[1] appeal from a post-judgment district court order granting a motion for attorney fees. Second Judicial District Court, Washoe County; Bridget E. Robb, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. While an order awarding attorney fees is generally appealable as a special order after final judgment, *see* NRAP 3A(b)(8), here the order is not appealable because it does not resolve the issue of attorney fees with finality. The order does not award any amount of attorney fees. The order grants respondent Public Employees' Retirement System of Nevada (PERS) additional time to file supplemental documents or records, allows appellant time to file an objection and PERS time to file a reply and states that either party may then resubmit the

---

[1]Appellant is a licensed Nevada attorney.

matter to the court for a determination of whether the requested fees are reasonable. Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.[2]

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:  Hon. Bridget E. Robb, District Judge
     John R. McGlamery
     McDonald Carano LLP/Reno
     Todd L. Torvinen
     Washoe District Court Clerk

---

[2]Appellant may file a new notice of appeal once the district court enters an order fully resolving the attorney fee issue, if he is aggrieved by that order.